THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
YVONNE L. GARCIA (Cal. State Bar No. 248285)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0719
    Facsimile: (213) 894-0141
    E-mail:  yvonne.garcia@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 08-564-ODW |
| | ) |
|        Plaintiff, | ) ORDER ALLOWING INTRODUCTION OF |
| | ) EVIDENCE AS INEXTRICABLY |
|        v. | ) INTERTWINED AND PURSUANT TO |
| | ) FEDERAL RULE OF EVIDENCE 404(B) |
| LEWIS LEE SETTLES, | ) |
|    aka "Lunatic," | ) Trial Date: February 10, 2009 |
|    aka "Travon," | ) Trial Time: 9:00 a.m. |
| | ) |
|        Defendant. | ) |

    FOR GOOD CAUSE SHOWN, the government's Motion _In Limine_ For
Order Allowing Introduction of Evidence as Inextricably
Intertwined and Pursuant to Federal Rule of Evidence 404(b) is
GRANTED.

    IT IS SO ORDERED.

February 3, 2009
DATE

                    THE HONORABLE OTIS D. WRIGHT II
                    UNITED STATES DISTRICT JUDGE